UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCH TRAFFIC, LLC,

Plaintiff,

-v-

JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY,

Defendants.

26 Civ. 7030 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 20, 2026, at 11:00 a.m., Plaintiff shall appear before the undersigned for a conference regarding its pending motion for emergency relief, Dkt. 5. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. At the conference, Plaintiff should be prepared to discuss adverse authority like *Stensrud, Inc. v. Does*, 805 F. Supp. 3d 440 (E.D.N.Y. 2025), and any supplemental factual material that may bolster the Court's authority to issue Plaintiff's requested relief.

SO ORDERED.

Dated: August 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge