UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MERCH TRAFFIC, LLC,<br><br>Plaintiff,<br><br>-v-<br><br>JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY,<br><br>Defendants. | : | 26 Civ. 7030 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

The Clerk of Court is respectfully directed to seal Docket Numbers 13-16. *See* 15 U.S.C. § 1116(d)(8). The transcript of the August 27, 2026 conference, and the temporary restraining order issued by the Court that same day, shall also be kept under seal "until the person against whom the order is directed has an opportunity to contest such order, except that any person against whom such order is issued shall have access to such order and supporting documents after the seizure has been carried out." *Id.*

SO ORDERED.

Dated: August 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge