UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MERCH TRAFFIC, LLC,

Plaintiff,

-v-

JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY,

Defendants.

---------------------------------------------------------------------X

26 Civ. 7030 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 27, 2026, the Court scheduled a hearing on Plaintiff's request for a preliminary injunction. The Court now adjourns that hearing from September 10, 2026, at 1:00 p.m., to September 11, 2026, at 2:30 p.m., in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. By September 8, 2026, Plaintiff shall also serve any Defendants of whose addresses it is aware.

SO ORDERED.

Dated: September 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge