UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MERCH TRAFFIC, LLC,

Plaintiff,

-v-

JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY,

Defendants.

---------------------------------------------------------------------X

26 Civ. 7030 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Plaintiff Merch Traffic, LLC ("Plaintiff") having moved for a preliminary injunction manufacturing, enjoining, and restraining the defendants from selling or distributing merchandise and bearing the federally registered trademarks, service marks, likenesses, logos, and/or other indicia of "HARRY STYLES" (collectively, the "HARRY STYLES Trademarks"), in connection with concerts at Madison Square Garden in New York, New York, performed by Harry Styles (the "Artist"), and ordering the seizure and impounding of such articles from previously identified Defendants; and service of the Temporary Restraining Order and Complaint having been effected upon certain Defendants at Harry Styles's concerts from August 28, 2026 to September 10, 2026; and a hearing having been held on September 11, 2026, at the United States Courthouse for the Southern District of New York, on its order to show cause why a preliminary injunction and seizure order should not issue pursuant to the Lanham Act 15 U.S.C. §§ 1051 *et. seq.,* Federal Rule of Civil Procedure 65, and the All Writs Act, 28 U.S.C. § 1651, and Plaintiff having appeared with its attorney, and there having been no appearances in opposition;

**IT IS HEREBY ORDERED**, that John Doe Defendants 1-49 and Jane Doe Defendants 1-4, their agents, servants, employees, attorneys, successors, and assigns, and all persons, firms, and corporations acting in active concert or participation with said Defendants who receive actual notice by personal service or otherwise, their true names being unknown but pictures attached as Exhibit A of this Order, are enjoined and restrained from, while within a four mile vicinity of the Artist's concerts at Madison Square Garden, in New York, New York within this District from four hours before to four hours after any performance of the Artist through October 31, 2026, as set forth in Exhibit B of this Order:

(A) Using any or all of the HARRY STYLES Trademarks, in connection with the sale, offering for sale, distribution, and/or advertising of any clothing or other merchandise;

(B) Distributing, selling, and/or holding for sale any clothing or other merchandise which carries or otherwise uses any or all of the HARRY STYLES Trademarks; and

(C) Aiding, abetting, inducing, or encouraging another to perform any of the acts enjoined herein;

**IT IS FURTHER ORDERED**, that the United States Marshal for this District, the state police, local police, local deputy sheriffs or off-duty officers of the same, and any person acting under their supervision (collectively "Process Servers")—provided that at least one active law enforcement officer is present and overseeing such off duty officers or supervisees at all times—are hereby authorized to seize and impound any and all unauthorized merchandise bearing any or all of the HARRY STYLES Trademarks, which John Doe Defendants 1-49 and Jane Doe Defendants 1-4 or their agents, employees or representatives attempt to sell or are holding for sale, including from any carton, container, vehicle, or other means of carriage in which the unauthorized merchandise is found, from four hours before to four hours after any performance of the Artist

through October 31, 2026 within a four mile vicinity of Madison Square Garden, in New York, New York, but at all times in this District;

**IT IS FURTHER ORDERED,** a copy of this Order and the Amended Complaint in this action shall be served upon such person(s) at the time such service is effected;

**IT IS FURTHER ORDERED,** that each and every defendant served with a copy of this Order promptly, courteously, and peaceably identify himself or herself to the aforementioned Process Server and that the Process Server or agents for Plaintiff be allowed to photograph, videotape, or otherwise identify the Defendant.

**IT IS FURTHER ORDERED,** that the Process Server shall offer a receipt to each person from whom goods are seized.

**IT IS FURTHER ORDERED,** that any Defendant who is hereafter served with a copy of this Order who objects to the provisions herein may submit his or her objections to this Court or otherwise move for relief from this Court, but no such objection shall serve to suspend this Order or stay the terms hereof unless otherwise ordered by this Court.

**IT IS FURTHER ORDERED,** that all unauthorized items heretofore or hereafter seized in this action be delivered up to Plaintiff, pending final disposition of this matter.

**IT IS FURTHER ORDERED,** that the bond of $5,000 previously posted by Plaintiff with respect to the Temporary Restraining Order is hereby continued to secure payment of such costs and damages not to exceed such sum as may be suffered or sustained by any party who is found to be wrongfully restrained hereunder.

SO ORDERED.

Dated: September 11, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

# EXHIBIT A TO ORDER - FILED UNDER SEAL

**EXHIBIT B TO ORDER - CONCERT DATES**

| | | |
|---|---|---|
| Fri 08/28/26 | New York, NY | Madison Square Garden |
| Sat 08/29/26 | New York, NY | Madison Square Garden |
| Wed 09/02/26 | New York, NY | Madison Square Garden |
| Fri 09/04/26 | New York, NY | Madison Square Garden |
| Sat 09/05/26 | New York, NY | Madison Square Garden |
| Wed 09/09/26 | New York, NY | Madison Square Garden |
| Fri 09/11/26 | New York, NY | Madison Square Garden |
| Sat 09/12/26 | New York, NY | Madison Square Garden |
| Wed 09/16/26 | New York, NY | Madison Square Garden |
| Fri 09/18/26 | New York, NY | Madison Square Garden |
| Sat 09/19/26 | New York, NY | Madison Square Garden |
| Wed 09/23/26 | New York, NY | Madison Square Garden |
| Fri 09/25/26 | New York, NY | Madison Square Garden |
| Sat 09/26/26 | New York, NY | Madison Square Garden |
| Wed 09/30/26 | New York, NY | Madison Square Garden |
| Fri 10/02/26 | New York, NY | Madison Square Garden |
| Sat 10/03/26 | New York, NY | Madison Square Garden |
| Wed 10/07/26 | New York, NY | Madison Square Garden |
| Fri 10/09/26 | New York, NY | Madison Square Garden |
| Sat 10/10/26 | New York, NY | Madison Square Garden |
| Wed 10/14/26 | New York, NY | Madison Square Garden |
| Fri 10/16/26 | New York, NY | Madison Square Garden |
| Sat 10/17/26 | New York, NY | Madison Square Garden |
| Wed 10/21/26 | New York, NY | Madison Square Garden |
| Fri 10/23/26 | New York, NY | Madison Square Garden |
| Sat 10/24/26 | New York, NY | Madison Square Garden |
| Wed 10/28/26 | New York, NY | Madison Square Garden |
| Fri 10/30/26 | New York, NY | Madison Square Garden |
| Sat 10/31/26 | New York, NY | Madison Square Garden |